```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
CFO SOLUTIONS LLC,

                Plaintiff,                    ORDER

           - against -                        21 Civ. 8787 (NRB)

PBS IMAGING MANAGEMENT SERVICES
OF USA, INC. AND DOES 1-10,

                Defendants.
-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, on June 13, 2022, the Clerk entered a certificate of default, following which plaintiff took no further action; and

WHEREAS, on December 15, 2022, the Court sent plaintiff's counsel a letter describing several issues with plaintiff's attempts at service, which undermined the certificate of default; and

WHEREAS, in the December 15, 2022 letter, the Court informed the plaintiff that if it did not re-serve to ensure effective notice, that the Court would assume that the plaintiff would not be pursuing the case and the Court would dismiss the action; and

WHEREAS, six weeks have passed and plaintiff has not filed evidence of effective service to the defendant or written to the Court; it is hereby

**ORDERED** that the case is dismissed without prejudice.

Dated:   New York, New York
         February 3, 2023

                                        _____
                                          NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE